```
                                    FILED
                        CLERK, U.S.D.C. SOUTHERN DIVISION

                               JAN 1 9 2011

                        CENTRAL DISTRICT OF CALIFORNIA
                        BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      vs.<br><br>Hernandez, Manuel Vega<br>                Defendant. | Case No.: SACR 09-24-CJC<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgrd cnty ties unknown; bail resources unknown; illegal immigration status; assoc w/multiple personal identifiers___

and/or

B.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Criminal history record, incl commission of new offenses while under supervision_

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/19/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE